# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00246-CV

**Cindy Schlapper, Appellant**

**v.**

**Harbor Venture, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-GN-06-001019, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Cindy Schlapper has failed to prosecute this appeal. Due to Schlapper's failure to timely file an appellant's brief, a late-brief notice was issued on June 26, 2007. In response, Schlapper informed this Court by telephone that she intended to mail a motion for extension of time on July 6, 2007. No such motion has been received. By letter dated July 31, 2007, this Court requested that Schlapper file an appellant's brief or a motion for extension of time to file the brief no later than August 21, 2007, warning that failure to do so would result in the dismissal of this appeal for want of prosecution. Schlapper has not filed an appellant's brief or a motion for extension of time. We dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b).

_____

Diane Henson, Justice

Before Chief Justice Law, Justices Waldrop and Henson

Dismissed for Want of Prosecution

Filed: November 14, 2007